# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Timothy Tangen,<br><br>        Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc.; Fluor Government Group International, Inc.; and Alliance Project Services, Inc.,<br><br>        Defendants. | C/A No.: 6:21-cv-00335-BHH<br><br>**DEFENDANTS FLUOR INTERCONTINENTAL, INC. AND FLUOR GOVERNMENT GROUP INTERNATIONAL, INC.'S MOTION TO DISMISS** |

Defendants Fluor Intercontinental, Inc. and Fluor Government Group International, Inc. (collectively, "Fluor"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Court for an order granting their motion to dismiss the Complaint ("Motion") against Plaintiff Timothy Tangen ("Plaintiff"). This Motion is made on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted and should be dismissed because: (i) Plaintiff's claims are preempted based on the Federal Tort Claims Act's "combatant activities" exception; (ii) the Army has refused to release essential classified information; and (iii) Plaintiff lacks standing to assert a breach-of-contract claim under Fluor's federal government contract. This Motion is supported by the applicable law, the pleadings in this action, and the memorandum filed in support and served herewith.

*[SIGNATURE PAGE FOLLOWS]*

1

Respectfully submitted,

NEXSEN PRUET, LLC

s/Andrew A. Mathias
William W. Wilkins, Fed. ID No. 4662
Andrew A. Mathias, Fed. ID No. 10166
Konstantine P. Diamaduros, Fed. ID No. 12368
55 E. Camperdown Way, Suite 400 (29601)
Post Office Box 10648
Greenville, South Carolina 29603-0648
Telephone: 864.370.2211
Facsimile: 864.282.1177
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

HARTLINE BARGER LLP

Darrell L. Barger (*pro hac vice to be filed*)
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Telephone: 713.759.1990
Facsimile: 713.652.2419
dbarger@hartlinebarger.com

J. Reid Simpson (*pro hac vice to be filed*)
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: 361.866.8000
Facsimile: 361.866.8039
rsimpson@hartlinebarger.com

COVINGTON & BURLING LLP
Raymond B. Biagini (*pro hac vice to be filed*)
Daniel L. Russell Jr. (*pro hac vice to be filed*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-662-6291
RBiagini@cov.com
DRussell@cov.com

*Attorneys for Defendants Fluor Intercontinental, Inc.
and Fluor Government Group International, Inc.*

February 26, 2021
Greenville, South Carolina