# Exhibit 5

# *Declaration of Lindsay Weindruch*

## DECLARATION OF MS. LINDSAY WEINDRUCH

1.      My name is Lindsay Weindruch. I currently serve as a Contracting Officer for the U.S. Army, Army Contracting Command – Rock Island, in Rock Island, IL. Leading up to and including in November 2016, I served as the LOGCAP IV Contracting Officer.

2.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them.

3.      Fluor's performance of essential sustainment support services for the U.S. Army in Afghanistan fell within the scope of the LOGCAP IV Contract. Fluor augmented and was integrated within the military at Bagram Airfield, and Fluor worked alongside the military, in performing services under the LOGCAP IV contract.

4.      I have firsthand knowledge of Fluor's integration within the military and contractual apparatus at Bagram Airfield as Fluor performed under the LOGCAP IV contract.

5.      On a daily basis, Fluor personnel interacted with military and civilian Administrative Contracting Officers ("ACOs"), Procuring Contracting Officers ("PCOs"), LOGCAP Support Officers ("LSOs"), and various other military representatives, including personnel within the Defense Contracting Management Agency ("DCMA") and Army Contracting Command ("ACC").

6.      Under the LOGCAP IV Contract Data Requirements List ("CDRLs"), Fluor submitted to the Army a variety of deliverables, on a daily or weekly basis, including personnel status reports, cost reports, forecasts of expenditures, etc., regarding activities at Bagram.

7.      Pursuant to Task Order 0005, PWS Section 5.22.03, Fluor provided personnel to support the Army's Force Protection Screening Cell at Bagram, and this included providing badges to those approved by the Army and providing personnel at Entry Control Points overseen by the military. The Army vetted and was responsible for deciding whether to approve the issuance of

1

badges. If the Army gave approval, Fluor issued the badges to the particular individual. Fluor's

performance of these functions was within the scope of the LOGCAP IV contract.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

WEINDRUCH.LINDS    Digitally signed by
AY.ANN.1263735656    WEINDRUCH.LINDSAY.ANN.126
    3735656
    Date: 2020.07.09 14:20:09 -05'00'

Executed on: __09 July 2020__

Lindsay Weindruch

2