IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Timothy Tangen, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:21-cv-00335-BHH |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT ALLIANCE PROJECT** |
| Fluor Intercontinental, Inc.; Fluor | ) | **SERVICES, INC.'S** |
| Government Group International, Inc.; | ) | **MOTION TO DISMISS** |
| and Alliance Project Services, Inc., | ) | **PLAINTIFF'S COMPLAINT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Alliance Project Services, Inc. ("APS"), by and through its undersigned counsel, hereby moves this Court for an order granting a Motion to Dismiss Plaintiff's Complaint ("Motion") pursuant to Federal Rule of Civil Procedure 12(b)(2) on the grounds that the Court lacks personal jurisdiction over APS.  This Motion is supported by the accompanying Memorandum of Law and associated support, the applicable law and rules, and the pleadings, files, and record in this action.

Respectfully submitted,

FOX ROTHSCHILD LLP

s/Stephanie G. Flynn
Stephanie G. Flynn, Fed. Ct. ID 7461
Nicolas J. Cherry, Fed. Ct. ID 12856
2 W. Washington St., Ste. 1100
PO Box 87, Greenville, SC 29602
Phone:  864-751-7607
Fax:  864-751-7800
sgflynn@FoxRothschild.com
ncherry@FoxRothschild.com

- AND -

Kathy S. Kimmel (*pro hac vice to be filed*)
FOX ROTHSCHILD LLP
222 South Ninth Street, Suite 2000
Minneapolis, Minnesota 55402
Phone:  612-607-7306
Fax:  612-607-7100
kkimmel@foxrothschild.com

*Attorneys for Defendant*
*Alliance Project Services, Inc.*