# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Timothy Tangen,<br><br>*Plaintiff*,<br><br>v.<br><br>Fluor Intercontinental, Inc.; Fluor Government Group International, Inc.; and Alliance Project Services, Inc.,<br><br>*Defendants*. | C.A. No.: 6:21-cv-00335-BHH<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT ALLIANCE PROJECT SERVICES, INC. WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Timothy Tangen respectfully gives notice of his dismissal, without prejudice, of all claims that he has asserted in this lawsuit against Defendant Alliance Project Services, Inc. only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*Signature Page Follows*

Respectfully submitted,

  /s/ *John B. White, Jr.*
John B. White, Jr. (Fed. ID No. 04619)
Marghretta H. Shisko (Fed. ID No. 11601)
Griffin L. Lynch (Fed. ID No. 09580)
HARRISON WHITE, P.C.
178 West Main Street
P.O. Box 3547 (29304)
Spartanburg, SC 29306
(864) 585-5100
jwhite@spartanlaw.com
mshisko@spartanlaw.com
glynch@spartanlaw.com


Anthony G. Buzbee (State Bar No. 24001820)*
Peter K. Taaffe (State Bar No. 24003029)*
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
tbuzbee@txattorneys.com
ptaffe@txattorneys.com

*Admitted Pro Hac Vice*


**ATTORNEYS FOR PLAINTIFF**

April 26, 2021

Spartanburg, SC

2