**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Timothy Tangen,<br><br>       Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>       Defendants. | C/A No.: 6:21-cv-00335-JD |
| Marissa Brown,<br><br>       Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>       Defendants. | C/A No.: 6:21-cv-01427-JD |
| Shelby Iubelt, individually, on behalf of the Estate of Tyler Iubelt, and as next friend of V.I., minor,<br><br>       Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>       Defendants. | C/A No.: 6:21-cv-01420-JD |
| Lakeia Stokes,<br><br>       Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>       Defendants. | C/A No.: 6:21-cv-01086-JD |

1

Maggie Bilyeu,

        Plaintiff,

     v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01078-JD

Addie Ford,

        Plaintiff,

     v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01159-JD

Marvin Branch,

        Plaintiff,

     v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01083-JD

Julianne Perry, individually, on behalf of the Estate of John Perry, and as next friend of L.P. and G.P., minors,

        Plaintiff,

     v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01250-JD

Haylee Rodriguez,

        Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01084-JD

India Sellers,

        Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01085-JD

Samuel Gabara,

        Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01007-JD

Chris Colavita,

        Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01017-JD

Robert Healy,

        Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01018-JD

**DEFENDANTS FLUOR INTERCONTINENTAL, INC. AND FLUOR GOVERNMENT GROUP INTERNATIONAL, INC.'S RULE 12(B)(1) MOTION TO DISMISS**

Defendants Fluor Intercontinental, Inc. and Fluor Government Group International, Inc. (collectively, "Fluor"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby move this Court for an order granting their motion to dismiss the Plaintiffs' Complaints ("Motion"). This Motion is made on the grounds that the Court lacks subject matter jurisdiction over Plaintiffs' claims, for two separate and independent reasons. *First*, these suits are barred based on the political question doctrine. Under Fourth Circuit precedent, the claims should be dismissed because the Military exercised "control" over the challenged conduct and, separately, because "national defense interests" were intertwined with the Military judgments governing Fluor's conduct. Further, these suits offend fundamental principles of separation of powers under Supreme Court precedent. *Second*, Plaintiffs' claims are barred by the South Carolina Door Closing Statute, S.C. Code Ann. § 15-5-150, because Plaintiffs are nonresidents of South Carolina, Defendants are foreign corporations, and all challenged conduct occurred in a foreign country. This Motion is supported by the applicable law, the pleadings in this action, and the memorandum filed in support and served herewith.

*[SIGNATURE PAGE FOLLOWS]*

Respectfully submitted,

NEXSEN PRUET, LLC

s/Andrew A. Mathias
William W. Wilkins, Fed. ID No. 4662
Andrew A. Mathias, Fed. ID No. 10166
Konstantine P. Diamaduros, Fed. ID No. 12368
104 South Main Street, Suite 900 (29601)
Post Office Box 10648
Greenville, South Carolina 29603-0648
Telephone: 864.370.2211
Facsimile: 864.282.1177
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

TREY GOWDY LAW FIRM, LLC

Harold Watson Gowdy, III, Fed. ID No. 5675
Post Office Box 3324
Spartanburg, South Carolina 29304
Telephone: 864.809.0917
trey@treygowdylawfirm.com

HARTLINE BARGER LLP

Darrell L. Barger (*admitted pro hac vice*)
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Telephone: 713.759.1990
Facsimile: 713.652.2419
dbarger@hartlinebarger.com

J. Reid Simpson (*admitted pro hac vice*)
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: 361.866.8000
Facsimile: 361.866.8039
rsimpson@hartlinebarger.com

COVINGTON & BURLING LLP
Raymond B. Biagini (*admitted pro hac vice*)
Daniel L. Russell Jr. (*admitted pro hac vice*)

One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-662-6291
RBiagini@cov.com
DRussell@cov.com

*Attorneys for Defendants Fluor Corporation, Fluor Enterprises, Inc., Fluor Intercontinental, Inc., and Fluor Government Group International, Inc.*

July 30, 2021
Greenville, South Carolina