# Exhibit E

# *Riley Deposition Excerpts*

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

WINSTON TYLER HENCELY,

          Plaintiff,

                                   CIVIL ACTION FILE

          vs.

                                   NO. 6:19-CV-00489-BHH

FLUOR CORPORATION FLUOR

ENTERPRISES, INC., FLUOR

INTERCONTINENTAL, INC., FLUOR

GOVERNMENT GROUP

INTERNATIONAL, INC.,

          Defendants.


     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


               VIDEO DEPOSITION OF

                RONALD LEE RILEY

                 March 31, 2021

                   9:33 a.m.

        TAKEN BY REMOTE VIDEOCONFERENCE

     Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

Page 2

INDEX TO EXHIBITS

EXHIBIT    DESCRIPTION                                      PAGE

For the Plaintiff:

Exhibit 1     12-31-16 AR 15-6 Memo Final

              Signed                                         41

Exhibit 4     12-20-16 Army 15-6 Transcript of

              Interview with Fluor by LTG

              James & Team                                   76

Exhibit 5-1   12-10-16 Army Level III Major

              Nonconformance Report                         114

Exhibit 6-1   Fluor Maintenance Tool Room Tool

              Room Sign Out-In Roster                        59

Exhibit 10-2  12-05-15 BAF Badge Screening and

              Access Policy

              (excerpt 12 (e)(3) p 16)                       101

Exhibit 10-3  12-05-15 Bagram Airfield Badge,

              Screening, and Access Policy

              (excerpt 12 (c) p 16)                          38

Exhibit 12    02-14-18 Dept. of the Army, Army

              Contracting Command Show Cause

              Notice Decision-Task Order                     50

Exhibit 34-1  7-8-09 Fluor Press Release-US

              Army Awards Fluor LOGCAP IV Task

              Order for Afghanistan                          121

Exhibit 37-1  Army Regulation 700-137

CONFIDENTIAL

March 31, 2021

Hencely, Winston Tyler v. Fluor Corporation Inc

Page 3

(excerpt p 8, 6-4 (e))                    99

Exhibit 40     Ronald Riley Linked In Page        120

Exhibit 51     Declaration of Ronald Riley         25

Exhibit 56-1   10-22-2020 Depo of Ronald Riley

               in Loquasto v. Fluor (excerpt pp

               17-18)                              43

Exhibit 63-1   Fluor's Memo in Support of

               Defendants' Motion for Summary

               Judgment Based on the Federal

               Tort Claims Act's "Combatant

               Activities" Exception               94


               INDEX TO EXAMINATION          PAGE

By Mr. Butler                              9, 126

By Mr. Russell                                124

CONFIDENTIAL
March 31, 2021

Hencely, Winston Tyler v. Fluor Corporation Inc

Page 4

APPEARANCES OF COUNSEL:

On behalf of the Plaintiff (via Zoom):

JAMES E. BUTLER, JR., ESQ.

Jim@butlerwooten.com

ROBERT H. SNYDER, ESQ.

Rob@butlerwooten.com

DANIEL E. PHILYAW, ESQ.

dan@butlerwooten.com

Butler, Wooten & Peak LLP

2719 Buford Highway

Atlanta, Georgia  30324

-and-

W. ANDREW BOWEN, ESQ.

Andrew@BowenPainter.com

PAUL PAINTER, III, ESQ.

Paul@BowenPainter.com

SHERI FOX, ESQ.

sheri@bowenpainter.com

Bowen Painter, LLC

215 West York Street

P.O. Box 8966

Savannah, Georgia  31412

CONFIDENTIAL
March 31, 2021

Hencely, Winston Tyler v. Fluor Corporation Inc

Page 5

On behalf of the Plaintiffs:

BEATTIE B. ASHMORE, ESQ.

Beattie B. Ashmore, P.A.

beattie@beattieashmore.com

650 East Washington Street

Greenville, South Carolina 29601

-and-

D. JOSEV BREWER, ESQ.

Joe@JoeBrewerlaw.com

The Law Office of D. Josev Brewer

650 East Washington Street

Greenville, South Carolina  29601

On behalf of the Defendants (via Zoom):

DAN RUSSELL, ESQ.

drussell@cov.com

RAY BIAGINI, ESQ.

rbiagini@cov.com

CHASE JOHNSON, ESQ.

cjohnson@cov.com

Covington & Burling LLP

One City Center

850 10th Street, N.W.

Washington, D.C.  20001

CONFIDENTIAL

March 31, 2021

Hencely, Winston Tyler v. Fluor Corporation Inc

Page 6

On behalf of the Defendants (via Zoom):

DARRELL L. BARGER, ESQ.

dbarger@hdbdlaw.com

Hartline Barger, LLP

1980 Post Oak Boulevard

Suite 1800

Houston, Texas  77056

-and-

J. REID SIMPSON, ESQ.

rsimpson@hdbdlaw.com

Hartline Barger, LLP

800 North Shoreline Boulevard

Suite 2000, North Tower

Corpus Christi, Texas  78401

-and-

ANDREW A. MATHIAS, ESQ.

AMathias@nexsenpruet.com

KONSTANTINE P. DIAMADUROS, ESQ.

KDiamaduros@nexsenpruet.com

Nexsen Pruet, LLC

55 East Camperdown Way

Suite 400

P.O. Box 10648

Greenville, South Carolina  29601

Page 107

asking me to tell you.  I don't know their names.

Q    How do you know he was escorted by anybody when he left the workplace?

A    Because that's part of the policy -- that's part of the base access control policy, that badge holders have to be escorted.

Q    I agree with you there.  There's no doubt about it Fluor had a duty to escort him.  He was supposed to be escorted.

My question to you is this:  How do you know that he was, in fact, escorted that morning?  Tell us about the evidence.

MR. RUSSELL:  Objection to the form of that question.

THE WITNESS:  There were escorts that were assigned to the red badge holder.  The escorts at that time were the local national APS employees. Mr. Nayeb was accounted for when he left the NTV yard.  The vehicle would not have left if the NTV -- if the escort had not accounted for all the personnel that they were -- that they were escorting.

BY MR. BUTLER:

Q    Sir, evidence comes in the form of documents or testimony from a witness.