# Exhibit G

# *Defendants'*
# *Notice of Issue of Foreign Law*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Timothy Tangen,<br><br>      Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>      Defendants. | C/A No.: 6:21-cv-00335-JD |
| Marissa Brown,<br><br>      Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>      Defendants. | C/A No.: 6:21-cv-01427-JD |
| Shelby Iubelt, individually, on behalf of the Estate of Tyler Iubelt, and as next friend of V.I., minor,<br><br>      Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>      Defendants. | C/A No.: 6:21-cv-01420-JD |
| Lakeia Stokes,<br><br>      Plaintiff,<br><br>    v.<br><br>Fluor Intercontinental, Inc., et al.,<br><br>      Defendants. | C/A No.: 6:21-cv-01086-JD |

Maggie Bilyeu,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01078-JD

Addie Ford,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01159-JD

Marvin Branch,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01083-JD

Julianne Perry, individually, on behalf of the Estate of John Perry, and as next friend of L.P. and G.P., minors,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01250-JD

Haylee Rodriguez,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01084-JD

India Sellers,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01085-JD

Samuel Gabara,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01007-JD

Chris Colavita,

        Plaintiff,

      v.

Fluor Intercontinental, Inc., et al.,

        Defendants.

C/A No.: 6:21-cv-01017-JD

Robert Healy,

              Plaintiff,

    v.

Fluor Intercontinental, Inc., et al.,

              Defendants.

C/A No.: 6:21-cv-01018-JD

### DEFENDANTS' NOTICE OF ISSUE OF FOREIGN LAW

Pursuant to Federal Rule of Civil Procedure 44.1, and pending further proceedings in this matter, Defendants Fluor Intercontinental, Inc. and Fluor Government Group International, Inc. (collectively "Fluor") hereby provide formal notice that they intend to ask the Court to apply a particular aspect of a foreign country's law—namely, the tort law of Afghanistan regarding proportional liability among joint tortfeasors—to the issue of whether the political question doctrine requires dismissal of this lawsuit. Under the Fourth Circuit's decision in *In re KBR, Inc., Burn Pit Litig.*, 744 F.3d 326, 340-41 (4th Cir. 2014), this Court is required to conduct a choice-of-law analysis in determining whether the political question doctrine applies as a result of Fluor's "empty chair" defense, which implicates sensitive Military judgments. Specifically, the Court must ask whether, under the applicable law, the liability of tortfeasors is joint and several or can be apportioned among tortfeasors, including immune non-parties. As set forth in Fluor's forthcoming Rule 12(b)(1) motion to dismiss, the Court should conclude that Afghan law applies to this issue, and should find that Afghan law utilizes a proportional liability approach whereby fault may be apportioned among multiple persons or entities, including immune non-parties. To aid the Court in a determination of Afghan law, Fluor will be submitting a declaration of Mehdi Hakimi, an Afghan law expert. Fluor's request for application of foreign law is limited to this issue within its

motion to dismiss based on the political question doctrine.[1]

Respectfully submitted,

NEXSEN PRUET, LLC

s/Andrew A. Mathias
William W. Wilkins, Fed. ID No. 4662
Andrew A. Mathias, Fed. ID No. 10166
Konstantine P. Diamaduros, Fed. ID No. 12368
55 E. Camperdown Way, Suite 400 (29601)
Post Office Box 10648
Greenville, South Carolina 29603-0648
Telephone: 864.370.2211
Facsimile: 864.282.1177
BWilkins@nexsenpruet.com
AMathias@nexsenpruet.com
KDiamaduros@nexsenpruet.com

TREY GOWDY LAW FIRM, LLC

Harold Watson Gowdy, III, Fed. ID No. 5675
Post Office Box 3324
Spartanburg, South Carolina 29304
Telephone: 864.809.0917
trey@treygowdylawfirm.com

HARTLINE BARGER LLP

Darrell L. Barger (*admitted pro hac vice*)
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Telephone: 713.759.1990
Facsimile: 713.652.2419
dbarger@hartlinebarger.com

J. Reid Simpson (*admitted pro hac vice*)
800 N. Shoreline Blvd.
Suite 2000, North Tower

---

[1] Fluor recognizes that Fourth Circuit precedent requires the Court to conduct a choice-of-law analysis as part of the political question analysis. However, as noted in Fluor's forthcoming motion, Fluor respectfully submits that the Fourth Circuit's ruling on this issue is legally erroneous, and Fluor preserves its right to argue that the Fourth Circuit should reconsider this aspect of its jurisprudence.

Corpus Christi, Texas 78401
Telephone: 361.866.8000
Facsimile: 361.866.8039
rsimpson@hartlinebarger.com

COVINGTON & BURLING LLP

Raymond B. Biagini (*admitted pro hac vice*)
Daniel L. Russell Jr. (*admitted pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-6000
Facsimile: 202-662-6291
RBiagini@cov.com
DRussell@cov.com

*Attorneys for Defendants Fluor Corporation, Fluor Enterprises, Inc., Fluor Intercontinental, Inc., and Fluor Government Group International, Inc.*

July 30, 2021
Greenville, South Carolina