## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

|  |  |
|---|---|
| Timothy Tangen, | **PLAINTIFFS' NOTICE OF FILING** |
| Plaintiff, | Case No.: 6:21-cv-00335-JD |
| v. | |
| Fluor Intercontinental, Inc., et. al., | |
| Defendants. | |
| | |
| Marissa Brown, | |
| | Case No.: 6:21-cv-01427- JD |
| Plaintiff, | |
| v. | |
| Fluor Intercontinental, Inc., et. al., | |
| Defendants. | |
| | |
| Shelby Iubelt, individually, on behalf of the Estate of Tyler Iubelt, and as next friend of V.I., minor, | |
| | Case No.: 6:21-cv-01420-JD |
| Plaintiffs, | |
| v. | |
| Fluor Intercontinental, Inc., et. al., | |
| Defendants. | |
| | |
| Lakeia Stokes, | |
| | Case No.: 6:21-cv-01086-JD |
| Plaintiff, | |
| v. | |

Fluor Intercontinental, Inc., et. al.,

    Defendants.

Maggie Bilyeu,

    Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

    Defendants.

Case No.: 6:21-cv-01078-JD

Addie Ford,

    Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

    Defendants.

Case No.: 6:21-cv-01159-JD

Marvin Branch,

    Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

    Defendants.

Case No.: 6:21-cv-01083-JD

Julianne Perry, individually, on behalf of the Estate of John Perry, and as next friend of L.P. and G.P., minors,

    Plaintiffs,

v.

Case No.: 6:21-cv-01250-JD

Fluor Intercontinental, Inc., et. al.,

      Defendants.

Haylee Rodriguez,

      Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

      Defendants.

Case No.: 6:21-cv-01084-JD

India Sellers,

      Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

      Defendants.

Case No.: 6:21-cv-01085-JD

Samuel Gabara,

      Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

      Defendants.

Case No.: 6:21-cv-01007-JD

Chris Colavita,

      Plaintiff,

v.

Fluor Intercontinental, Inc., et. al.,

      Defendants.

Case No.: 6:21-cv-01017-JD

Robert Healy,

|  | Case No.: 6:21-cv-01018-JD |
|---|---|
| Plaintiff, | |
| v. | |
| Fluor Intercontinental, Inc., et. al., | |
| Defendants. | |

Plaintiffs Marissa Brown; Shelby Iubelt, individually, on behalf of the Estate of Tyler Iubelt, and as next friend of V.I., minor; Lakeia Stokes; Maggie Bilyeu; Addie Ford; Marvin Branch; Julianne Perry, individually, on behalf on the Estate of John Perry, and as next friend of L.P. and G.P., minors; Haylee Rodriguez; India Sellers; Samuel Gabara; Chris Colavita; and Robert Healy (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully file with this notice the response in opposition to the dispositive motion filed by Defendants Fluor Intercontinental, Inc. and Fluor Government Group International, Inc. ("Fluor") in the case of *Timothy Tangen v. Fluor Intercontinental, Inc. et al.*, C/A No.: 6:21-cv-00335-JD, ECF No. 46 (Apr. 26, 2021). Plaintiffs incorporate the arguments made therein in response to Defendants' dismissal arguments for these consolidated cases. Plaintiffs will separately file additional responses to Defendants' dispositive motions filed on July 30, 2021 (*see Tangen*, ECF Nos. 66, 67).

*Signature Page Follows*

Respectfully submitted,


   */s/ John B. White, Jr.*
John B. White, Jr. (Fed. ID No. 04619)
Marghretta H. Shisko (Fed ID No. 11601)
Griffin L. Lynch (Fed. ID No. 09580)
HARRISON WHITE, P.C.
178 West Main Street
P.O. Box 3547 (29304)
Spartanburg, SC 29306
(864) 585-5100
jwhite@spartanlaw.com
mshisko@spartanlaw.com
glynch@spartanlaw.com


Anthony G. Buzbee (State Bar No. 24001820)*
Peter K. Taaffe (State Bar No. 24003029)*
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone:  (713) 223-5393
Facsimile: (713) 223-5909
tbuzbee@txattorneys.com
ptaffe@txattorneys.com

*Admitted Pro Hac Vice in Lead Case*

**ATTORNEYS FOR PLAINTIFF**


August 5, 2021

Spartanburg, SC